[No. 51521-7-I.   Division One.   May 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM WEBB DEZEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04910-7, Laura Gene Middaugh, J., entered December 13, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Schindler, J.

[No. 51547-1-I.   Division One.   May 24, 2004.]

CEDAR PLAZA, L.L.C., *Appellant*, v. QUALITY FOOD CENTERS, INC., *Respondent*.

Appeal from judgments of the Superior Court for Snohomish County, No. 02-2-05033-4, David F. Hulbert, J., entered November 15 and 18, and December 3, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Coleman and Baker, JJ.

[Nos. 51550-1-I; 51551-9-I.   Division One.   May 24, 2004.]

*In the Matter of the Welfare of* A.J., ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. REGGIE TORRES, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 02-7-02893-2, Cheryl B. Carey, J., entered December 6, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington, A.C.J., and Grosse, J.